FREDERICK O. R. NANSEN, Individually and on Behalf of All Others Similarly Situated, Appellant, v. DAVID T. HOLLOWAY et al., Respondents.—

All concur.